People v Sullivan (2025 NY Slip Op 04421)

People v Sullivan

2025 NY Slip Op 04421

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., SMITH, OGDEN, DELCONTE, AND KEANE, JJ.

582 KA 24-00913

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
ADAM W. SULLIVAN, DEFENDANT-APPELLANT. 

THOMAS L. PELYCH, HORNELL, FOR DEFENDANT-APPELLANT.
BROOKS T. BAKER, DISTRICT ATTORNEY, BATH (JOHN C. TUNNEY OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Supreme Court, Steuben County (Jason L. Cook, J.), rendered April 4, 2024. The judgment convicted defendant, upon his plea of guilty, of driving while intoxicated, a class E felony. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: On appeal from a judgment convicting him, upon his guilty plea, of driving while intoxicated as a class E felony (Vehicle and Traffic Law §§ 1192 [3]; 1193 [1] [c] [i] [A]), defendant contends that his sentence is unduly harsh and severe. Defendant's contention "is foreclosed by his unchallenged waiver of the right to appeal" (People v Rosado-Thomas, 181 AD3d 1166, 1167 [4th Dept 2020], lv denied 35 NY3d 1048 [2020]; see People v Allen, 203 AD3d 1574, 1574 [4th Dept 2022], lv denied 38 NY3d 1031 [2022]).
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court